# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY WARDELL DRIVER,

    Petitioner,

vs.

JOHNNY MORRISON, et al.,

    Respondents.

Case No. 2:14-cv-01663-JAD-GWF

**ORDER**

    Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#1). There are multiple defects. First, petitioner has not submitted an application to proceed in forma pauperis, nor has he paid the filing fee of five dollars. Second, petitioner has not signed the petition. Third, and most important, it is clear from the first page of the petition that this court is without jurisdiction.

    Everything to do with this case concerns Virginia. Petitioner currently is in custody either in the Portsmouth City Jail or the Hampton Roads Regional Jail, both of which are in Virginia, and thus the respondents are in Virginia. Petitioner is in custody either because he has been charged with crimes in Virginia courts or because he has been convicted in Virginia courts, and thus all the events of the case occurred in Virginia. Petitioner needs to file a petition in the appropriate federal district court in Virginia, because this court lacks jurisdiction. The court expresses no opinion on whether petitioner's claims would be considered on the merits.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

1    IT IS THEREFORE ORDERED that this action is **DISMISSED** for lack of jurisdiction.
The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated: October 16, 2014.

_____
JENNIFER A. DORSEY
United States District Judge